

# In the Missouri Court of Appeals
# Eastern District

MARCH 15, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.	ED102416	STATE OF MISSOURI, RES V ANTAWAN T. ROSS, APP

2.	ED102513 CHARLES HERVEY, APP V STATE OF MISSOURI, RES

3.	ED102624 BRIAN EVANS, APP V STATE OF MISSOURI, RES

4.	ED102629 BACKES & TOELKE ARGI PRODUCT RES V MIKUS FARMS APP

5.	ED102722 KEVIN THOMPSON, APP V STATE OF MISSOURI, RES

6.	ED102807 ALBERT KILLIAN, JR., APP V STATE OF MISSOURI, RES

7.	ED102815 JACQUELINE BARON, APP V STATE OF MISSOURI, RES

8.	ED102824 JAMES MEADORS, APP V STATE OF MISSOURI, RES

9.	ED102915 STATE OF MISSOURI, RES V CHAD W. JONES, APP

10.	ED102934 DEVION RUSSELL, APP V STATE OF MISSOURI, RES

11.	ED102974	KAMECHIA MAY, APP V MEDICREDIT, INC. & DES RES

12.	ED102987 C. FORTENBERRY, APP V BOARD OF EDUCATION, RES

13.	ED103071 RONALD LEWIS, APP V BUILDING BUTLERS & DES RES

14.	ED103137 DAVID ROLAND, APP V DIRECTOR OF REVENUE, RES

15.	ED103268 PAUL STEWART, APP V STATE OF MISSOURI, RES